UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANTUAN VALENTINO LITTLE,

    Plaintiff,

v.                                                    Case No. 17-cv-290-pp

THOMAS GENS,

    Defendant.

---

## ORDER DISMISSING CASE

---

On October 12, 2018, the parties filed a stipulation of dismissal indicating that they had settled the claims in this case, and that it could be dismissed. Dkt. No. 19. The court **APPROVES** the stipulation and **ORDERS** that all claims this case are **DISMISSED** with prejudice, without costs and disbursements, and without further notice to any party.

Dated in Milwaukee, Wisconsin this 15th day of October, 2018.

                                                            **BY THE COURT:**

                                                            **HON. PAMELA PEPPER**
                                                            **United States District Judge**